UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **WILLIAM KOLL** | § | Docket No. 2:23-cv-04562 |
| | § | |
| **Versus** | § | |
| | § | Judge: SUSIE MORGAN |
| | § | |
| **STATE FARM FIRE AND** | § | Magistrate Judge: KAREN WELLS |
| **CASUALTY COMPANY** | § | ROBY |
| | § | |

## ORDER

Considering the above and foregoing Motion to Dismiss Without Prejudice;

**IT IS ORDERED** that this matter is **DISMISSED** without prejudice, each side to bear its own costs.

New Orleans, Louisiana, this 15th day of December, 2023.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**